UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 91-10176-RWZ

UNITED STATES OF AMERICA

v.

LEANDRO QUINONES

ORDER
June 24, 2008

ZOBEL, D.J.

    The parties agree that defendant is eligible for a reduced sentence pursuant to Amendment 706 to the United States Sentencing Guideline § 2D1.1(c).  They disagree as to the applicability of 18 U.S.C. § 3553(a) and the need for a sentencing hearing and suggest that the court enter a briefing schedule.  Accordingly, defendant shall file his brief on the disputed issues and any others that bear on a revised sentence by July 25, 2008; the government shall counter with its brief by August 22.  The court will schedule argument and later a sentencing hearing if it deems such to be necessary and appropriate.

|    June 24, 2008    |    /s/Rya W. Zobel    |
|---|---|
| DATE | RYA W. ZOBEL |
| | UNITED STATES DISTRICT JUDGE |